**Charles H. CHILDS, Jr. and Earl P. Paris, Plaintiffs-Appellants,**

v.

**RIC GROUP, INC., Defendant-Appellee.**

**W. Wyman PILCHER et al., Plaintiffs-Appellees,**

v.

**Earl P. PARIS, Jr., et al., Defendants-Appellants.**

**No. 71–1012.**

United States Court of Appeals, Fifth Circuit.

Oct. 12, 1971.

John W. Chambers, Atlanta, Ga., for plaintiffs-appellants.

Byrd, Groover, & Buford, Garland T. Byrd, Macon, Ga., Hugh M. Dorsey, Jr., Atlanta, Ga., for RIC Group, Inc.

Before WISDOM, COLEMAN and SIMPSON, Circuit Judges.

PER CURIAM:

Assigning written reasons, the district judge granted summary judgment [1] against the plaintiffs-appellants, Childs and Paris. They have failed to demonstrate error in that judgment on this appeal.

Affirmed.

1. Reported as Childs and Paris v. RIC Group, Inc., N.D.Ga.1970, 331 F.Supp. 1078.